UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ROBINSON, <br><br> Plaintiff, <br><br> v. <br><br> RYAN BYLSMA and LIDA OLIVER-ESTES, <br><br> Defendant. | CASE NO. C18-5441 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 24. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' motion to dismiss, Dkt. 15, is **GRANTED**; and

(3) Plaintiff's action is **DISMISSED.**

(4) The Clerk shall enter **JUDGMENT** and close this case.

1     Dated this 27th day of November, 2018.

 

                                              */s/ Benjamin H. Settle*

                                              BENJAMIN H. SETTLE
                                              United States District Judge